*Mary A Schott*

_____

Mary A. Schott
Clerk of Court

Entered on Docket
December 07, 2021

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br><div align=right>Debtor.</div> | Case No.  BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br><div align=center>Plaintiff,</div><br>vs.<br><br>PETER WITTIG<br><br><div align=center>Defendant.</div> | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01192-ABL |

## ENTRY OF DEFAULT AGAINST PETER WITTIG

It appearing from the files and records in the above-entitled action that Peter Wittig, Defendant herein, being duly served with a copy of the Summons and Complaint on October 28, 2021; that more than thirty (30) days, exclusive of the day of service, have passed since service upon the Defendant; that no Answer or other Appearance was filed; and no further time was granted;

Therefore, for failing to answer or otherwise plead, default is entered against the Defendant as authorized by Federal Rule of Civil Procedure, Rule 55(a), and Federal Rule of Bankruptcy Procedure 7055(a).

Dated this 3rd day of December, 2021.

The undersigned hereby requests
and directs the Entry of Default

*/s/ Zachary E. Mazur*
Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Chapter 7 Trustee*

###

Entry of Default – Peter Wittig                                    2